# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSUE ORTIZ,

     Plaintiff,

  v.

D. MARTINEZ.,

     Defendant.

Case No.  1:25-cv-01166 SAB

**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**

(ECF No. 15)

The Court conducted a settlement conference in this action on April 8, 2026, at which the parties reached a settlement agreement.  The parties will prepare a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

    1. All pending matters and dates in this action are VACATED; and

    2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:  **April 8, 2026**                    /s/ *Barbara A. McAuliffe*

                       UNITED STATES MAGISTRATE JUDGE

1