UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE ORTIZ, | No.  1:25-cv-01166-SAB (PC) |
| Plaintiff, | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE, JOSUE ORTIZ, CDCR #P-03744 |
| v. | |
| D. MARTINEZ, et al., | |
| Defendants. | |

A settlement conference in this matter commenced on April 8, 2026.  Inmate Josue Ortiz, CDCR #P-03744, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 8, 2026**                    /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

1